UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MR. CHARLES NEWMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MR. FAZON LAMONT, et al.,<br><br>    Defendants. | Case No. CV 11-02379 PA (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court adopts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

November 28, 2011

_____
PERCY ANDERSON
United States District Judge