**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **Mr. Charles Newman,** | ) | |
| Plaintiff, | ) | Case No. CV 11-02379 PA (AJW) |
| v. | ) | |
| **Mr. Fazon Lamont, et al.,** | ) | J U D G M E N T |
| Defendants. | ) | |

**IT IS ADJUDGED** that the action is dismissed with prejudice.

November 28, 2011

_____
PERCY ANDERSON
United States District Judge